UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION:  18 U.S.C. § 371 |
| | ) | (Conspiracy) |
| PHILIP ABOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

The United States of America hereby charges that:

Background

At times relevant to this Information:

1. The Department of Veterans' Affairs ("VA") was a department of the United States that provided education, health, and other benefits to veterans of the U.S. Armed Forces.

2. The Post-9/11 GI Bill was a VA education benefit program that paid for tuition, housing, and other costs for eligible veterans. Under the Post-9/11 GI Bill, tuition benefits were paid directly to VA-approved educational institutions, and housing and other costs were paid directly to eligible veterans enrolled in VA-approved courses of study.

3. Educational institutions seeking VA approval to participate in the Post-9/11 GI Bill program had to apply to the VA and agree to comply with program rules. Among other things, the institutions had to agree to maintain and supply to the VA on request positive enrollment, attendance, and course completion records for enrolled veterans, promptly notify the VA of changes to veteran student enrollment, and maintain compliance with the 85-15 rule, pursuant to which educational institutions had to charge the same tuition rate to veteran students receiving VA benefits and non-veteran students, and no more than 85 percent of the enrollees in an approved

course could be VA funded. Institutions also had to submit proposed course catalogs for approval. School Certifying Officials ("SCOs") were responsible for, among other things, certifying a school's compliance with the program rules listed above on an ongoing basis.

4. Company A was a provider of technical training with three locations near Los Angeles and San Diego, California. Company A was approved to receive VA funding for approximately seven educational programs. Company A billed the VA between approximately $1,520 and $19,980 per program per enrolled veteran.

5. The California State Approving Agency for Veterans Education ("CSAAVE") was responsible for the review, evaluation, approval, and oversight of California schools and training facilities eligible to receive VA education benefits, including Company A.

6. **PHILIP ABOD**, a citizen of the United States and resident of California, was an instructor at Company A and an SCO.

7. Michael Bostock, who was charged separately, was the founder and Chief Executive Officer of Company A and an SCO.

8. Eric Bostock, who was charged separately, was the Director of Student Services of Company A and an SCO.

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 371)

9. Paragraphs 1 through 8 of this Information are realleged and incorporated by reference as through fully set forth herein.

10. From in or around November 2018 and continuing through in or around February 2020, the defendant, **PHILIP ABOD**, did knowingly and intentionally, that is, with the intent to advance the conspiracy, combine, conspire, and agree with others, known and unknown, to commit offenses

against the United States, namely wire fraud, that is, to knowingly, and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

Object of the Conspiracy

11.     The object of the conspiracy was for **PHILIP ABOD** and his co-conspirators to obtain money through fraudulent means from the VA for themselves, Company A, its officers, employees, and others.

Manner and Means

12.     The manner and means by which **PHILIP ABOD** and his co-conspirators, including Michael Bostock, Eric Bostock, and others, known and unknown, sought to accomplish the object of the conspiracy included, among other things, the following:

    a.     **PHILIP ABOD** and his co-conspirators maintained Company A's approval to receive VA funding by furnishing the VA and CSAAVE with information, verbally and in writing, which falsely and fraudulently represented that Company A complied with all applicable VA rules and regulations.

    b.     **PHILIP ABOD** and his co-conspirators submitted false and fraudulent claims to the VA for the payment of education benefits. The claims included enrollment certifications, which were transmitted electronically from a Company A location in the Central District of California to

the VA, through VA-ONCE, a web-based system with servers located in the Eastern District of Pennsylvania.

## Overt Acts

13. In furtherance of the conspiracy and to achieve the object thereof, at least one of the co-conspirators committed, and caused to be committed, at least one of the following overt acts, among others:

    a. In or around November 2018, when he became an SCO, to in or around February 2020, **PHILIP ABOD** personally prepared and submitted to the VA via interstate wire communications approximately 30 fraudulent enrollment documents for veterans enrolling in courses offered by Company A. **PHILIP ABOD** was aware that these enrollment documents contained material misrepresentations regarding, among other things, the number of hours that Company A would require the enrolled veterans to attend class at Company A.

All in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

/s/ _____
Michael P. McCarthy, D.C. Bar # 1020231
Lauren Archer, M.D. Bar # 1412160028
Trial Attorneys
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, N.W.
Bond Building, Fourth Floor
Washington, D.C. 20530
Michael.McCarthy2@usdoj.gov
Lauren.Archer2@usdoj.gov